UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAYLA J. LOVELADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-20-1169-G |
| | ) |
| PRIME INDUSTRIAL RECRUITERS, | ) |
| INC., d/b/a ELITE WORKFORCE | ) |
| MANAGEMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 6) filed on January 11, 2021. The Motion seeks dismissal of Plaintiff's Complaint (Doc. No. 1). On January 28, 2021, Plaintiff timely filed an Amended Complaint (Doc. No. 9). Plaintiff's Amended Complaint supersedes the Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 6) is DENIED AS MOOT.

Defendant is directed to file its disclosure statement in accordance with Federal Rule of Civil Procedure 7.1 or Local Civil Rule 7.1.1 within seven (7) days of the date of this Order.

IT IS SO ORDERED this 29th day of January, 2021.

_____
CHARLES B. GOODWIN
United States District Judge