IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAYLA J. LOVELADY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-20-1169-G |
| PRIME INDUSTRIAL RECRUITERS, INC., d/b/a ELITE WORKFORCE MANAGEMENT, | ) ) ) ) ) |
|     Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kayla J. Lovelady and Defendant Prime Industrial Recruiters, Inc., d/b/a Elite Workforce Management, by and through their respective counsel, stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

s/ Laura Talbert
Joshua Stockton, OBA #21833
Laura Talbert, OBA #32670
**STOCKTON TALBERT, PLLC**
1127 NW 14th Street
Oklahoma City, Oklahoma 73106
**Attorneys for Plaintiff**

s/ Joshua L. Mareschal
Joshua L. Mareschal, OBA #31313
**MVP LAW**
1546 E. Bradford Pkwy, Ste. 100
Springfield, MO 65804
**Attorney for Defendants**

2

## **CERTIFICATE OF SERVICE**

      I certify that on July 12, 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                          s/ Laura Talbert
                                          LAURA TALBERT